THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:12-CR-55-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DEVON MARQUE THOMAS, | ) | |
| Defendant. | ) | |

This matter comes before the undersigned on the Defendant's motion to seal the Proposed Sealed Document (D.E.# 48) filed by the Defendant in this case. The Court finds that good cause has been shown to allow the filing of such document under seal.

IT IS THEREFORE ORDERED that the Motion to File Document Under Seal is ALLOWED and the Clerk is directed to permanently seal the Proposed Sealed Document (D.E.# 48) filed by the Defendant in this case.

SO ORDERED.

This, the 2ᵈ day of _____, 2013.

Louise Wood Flanagan
United States District Court Judge